**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

James Connor
Plaintiff,
v.
Alight, Inc., et al.
Defendant.

Case No.: 1:26−cv−04434
Honorable April M. Perry

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 21, 2026:

MINUTE entry before the Honorable April M. Perry: Defendant's unopposed motion to stay [23] is granted. This case is stayed and no deadlines shall be in effect until ruling on the motion to dismiss in 26−cv−2924. The parties are ordered to file a joint status report within 14 days of the Court's ruling on the motion to dismiss. Plaintiffs are given leave to file an amended complaint during the stay, but Defendants need not respond until the stay is lifted. There is no need for the parties to appear at the motion hearing set for 7/28/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.